UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ALVARADO,

                Plaintiff(s),

- against -

MOUNT PLEASANT COTTAGE SCHOOL UNION
FREE SCHOOL DISTRICT, et al.,

                Defendant(s).

---------------------------------------------------------------X

**ORDER**

18 Civ. 0494 (NSR)

Nelson S. Román, U.S.D.J.:

    The Court having been advised that all claims asserted herein have been settled, it is

    ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within ninety (90) days of the date hereof.

    The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 90 days with a request that the agreement be "so ordered" by the Court.

    Plaintiff's motion seeking leave to file a fourth amended complaint is denied without prejudice as moot. Clerk of Court is requested to terminate the motion at ECF No. 112.

SO ORDERED.

Dated:    White Plains, New York
             June 6, 2023

                                                            Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/6/2023__